1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LEONARD GRIFFIN,

11              Plaintiff,                No.  2:13-cv-0185 JFM (PC)

12        vs.

13  SACRAMENTO COUNTY JAIL,

14              Defendant.            <u>ORDER</u>

15  _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17  Court has ruled that district courts lack authority to require counsel to represent indigent

18  prisoners in § 1983 cases.  <u>See</u> <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).

19  In certain exceptional circumstances, the court may request the voluntary assistance of counsel

20  pursuant to 28 U.S.C. § 1915(e)(1).  <u>See</u> <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21  <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22  does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

23  counsel is therefore denied.

24  ////

25  ////

26  ////

1           Accordingly, IT IS HEREBY ORDERED that plaintiff's February 13, 2013

2  motion for the appointment of counsel is denied.

3  DATED:  March 18, 2013

4

5                                  _____

6                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

7  grif0185.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26