1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEONARD GRIFFIN,

11            Plaintiff,                    No. 2:13-cv-00185 JFM (PC)

12       vs.

13   SACRAMENTO COUNTY JAIL,

14            Defendant.              ORDER

15   _____/

16          Plaintiff is a county jail inmate, proceeding without counsel or "pro se," with a

17   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in the

18   above-captioned case, filed a Consent to Proceed Before a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(c).  See ECF No. 3.

20          By an order filed February 21, 2013, plaintiff was ordered to file either an in

21   forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned

22   that failure to do so might result in dismissal of this action.  The thirty day period has now

23   expired, and plaintiff has not responded to the court's order and has not filed either an in forma

24   pauperis affidavit or paid the appropriate filing fee.

25   ////

26   ////

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2    prejudice.

3    DATED:  April 17, 2013

4

5                                                          KENDALL J. NEWMAN

6                                                          UNITED STATES MAGISTRATE JUDGE

7    grif0185.fifp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26