IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD GRIFFIN,

       Plaintiff,                    No. 2:13-cv-00185 JFM (PC)

       vs.

SACRAMENTO COUNTY JAIL,

       Defendant.               ORDER

_____/

       Plaintiff is a county jail inmate, proceeding without counsel or "pro se," with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in the above-captioned case, filed a Consent to Proceed Before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See ECF No. 3.

       By an order filed February 21, 2013, plaintiff was ordered to file either an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so might result in dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed either an in forma pauperis affidavit or paid the appropriate filing fee.

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  April 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

grif0185.fifp